**Opinion filed March 5, 2020**



### In The

# Eleventh Court of Appeals

_____

## No. 11-20-00036-CV
_____

## IN THE INTEREST OF E.S.L., A CHILD

**On Appeal from the 446th District Court**
**Ector County, Texas**
**Trial Court Cause No. E-17-091-PC**

### M E M O R A N D U M   O P I N I O N

On February 4, 2020, counsel for E.S.L.'s father filed a notice of appeal relating to the order of termination of parental rights that was signed by the trial court on October 22, 2019. When the appeal was docketed in this court, the clerk of this court notified the parties that it appeared to this court that the notice of appeal was not timely filed, and we requested that Appellant respond and show grounds to continue the appeal. Appellant has not responded to this court's letter.

The documents on file in this appeal show that, on October 22, 2019, the trial court signed an order of termination that was a final, appealable order. The notice of appeal was therefore due to be filed on November 12, 2019. *See* TEX. R.

APP. P. 26.1(b), 28.1(b) (providing that, in an accelerated appeal, the notice of appeal, must be filed within twenty days after the date the order was signed); *see also* TEX. R. APP. P. 4.1(a) (applying when last day of filing deadline falls on a weekend or holiday). Appellant did not file his notice of appeal until February 4, 2020—well after the deadline and also after the time in which this court would be authorized to grant a fifteen-day extension. *See* TEX. R. APP. P. 26.3. We are prohibited from suspending the Rules of Appellate Procedure "to alter the time for perfecting an appeal in a civil case." TEX. R. APP. P. 2. Absent a timely notice of appeal, this court is without jurisdiction to consider this appeal. *See Wilkins v. Methodist Health Care Sys.*, 160 S.W.3d 559, 564 (Tex. 2005); *Garza v. Hibernia Nat'l Bank*, 227 S.W.3d 233, 233–34 (Tex. App.—Houston [1st Dist.] 2007, no pet.); *see also Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Because we are without jurisdiction, we must dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

This appeal is dismissed for want of jurisdiction.


PER CURIAM


March 5, 2020

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.